[No. 28604-5-III.   Division Three.   May 5, 2011.]

LOU OLIVEROS ET AL., *Appellants*, v. DAVID ROMM ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 05-2-50200-5, Bruce A. Spanner, J., entered October 15, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 28798-0-III.   Division Three.   May 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON B. LATIMER,
*Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00198-1, John M. Antosz, J., entered January 19, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 28861-7-III.   Division Three.   May 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MALCOLM
URBINA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-01158-7, Carrie L. Runge, J., entered February 9, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28976-1-III.   Division Three.   May 5, 2011.]

*In the Matter of the Marriage of* DENISE J. WILKIE,
*Appellant*, and GREGORY A. WILKIE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-3-01109-5, Linda G. Tompkins, J., entered March 25, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.